1228

No. 12–872. MADIGAN ET AL. v. LEVIN. C. A. 7th Cir. Certiorari granted. 

No. 12–623. UNITED STATES FOREST SERVICE ET AL. v. PACIFIC RIVERS COUNCIL ET AL. C. A. 9th Cir. Motion of Public Lands Council et al. for leave to file brief as *amici curiae* granted. Certiorari granted. 

No. 12–289. NEW 49'ERS, INC., ET AL. v. KARUK TRIBE OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. 

No. 12–408. EDWARDS v. DEWALT, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 12–420. WOLFENBARGER, WARDEN v. FOSTER. C. A. 6th Cir. Certiorari denied. 

No. 12–503. SAN GERONIMO CARIBE PROJECT, INC. v. ACEVEDO-VILA ET AL. C. A. 1st Cir. Certiorari denied. ██

No. 12–528. GOLDMAN, SACHS & CO. ET AL. v. NECA–IBEW HEALTH & WELFARE FUND. C. A. 2d Cir. Certiorari denied. 

No. 12–546. WASSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 12–553. GLENN ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied. 

No. 12–594. BLAND v. LEMKE, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 12–600. ANTICO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 12–607. KIEHLE v. COUNTY OF CORTLAND, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 12–613. AMERICAN ATHEISTS, INC., ET AL. v. KENTUCKY OFFICE OF HOMELAND SECURITY ET AL. Ct. App. Ky. Certiorari denied.